TRI-CITY FREIGHT LINES CORPORATION *v.*
J. E. YEATTS.
[No. 24, October Term, 1935.]

*Decided November 1st, 1935.*

The cause was submitted on brief to BOND, C. J.,
URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and
JOHNSON. JJ.

*Joseph W. Spector, Joseph O. Buchoff, Abraham
Rostov,* and *Symone S. Spector,* for the appellant.

URNER, J., delivered the opinion of the Court.